# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Andy Lee Wright,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:12cv147

Governor Beverly E. Perdue, et al,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/13/12 Order.


Signed: August 13, 2012

Frank G. Johns, Clerk
United States District Court